IN THE UNITED STATES FEDERAL CIRCUIT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | Case Number: |
| | ) | 4:24CR1 |
| Austin Burak, | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

COMES NOW Skye Ellen Musson and hereby files this Entry of Appearance on behalf of Defendant, requesting that her name be entered as Counsel of record for Defendant and that copies of all pleadings and other papers filed with the Court in this matter be served upon her as required by law and that she be notified of all hearings scheduled involving the Defendant.

Respectfully submitted on 2/7/2024.

*/s/ Skye Ellen Musson*
Skye Ellen Musson
State Bar No.: 513712
5501 Abercorn Street, Suite D-246
Savannah, Ga 31405
skye@mussonloawoffices.com
Phone: 912-596-4661

IN THE UNITED STATES FEDERAL CIRCUIT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Case Number:** |
| | ) | **4:24CR1** |
| **Austin Burak,** | ) | |
| **Defendant.** | ) | |

## CERTIFICATE OF SERVICE

This is to certify that Defense Counsel has submitted a copy of this ENTRY OF APPEARANCE to the Assistant United States Attorney, via the Electronic Service system.

Respectfully submitted on 2/7/2024.

/s/ *Skye Ellen Musson*
Skye Ellen Musson
State Bar No.: 513712
5501 Abercorn Street, Suite D-246
Savannah, Ga 314015
skye@mussonlawoffices.com
Phone: 912-506-4661
