## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

UNITED STATES OF AMERICA,

  v.

AUSTIN MICHAEL BURAK,

  Defendant.

CASE NO.: 4:24CR1

## WAIVER OF FORMAL READING AND APPEARANCE AT ARRAIGNMENT ON SUPERSEDING INDICTMENT

COMES NOW, AUSTIN MICHAEL BURAK, the Defendant in the above-styled case and hereby shows this Honorable Court as follows:

1.

That Defendant has read the Superseding Indictment and penalty certification in the above-referenced matter and Defendant's attorney has explained the same to Defendant.

2.

That Defendant has read, understands, and agrees with the following:

(a) Defendant is presumed innocent of the charges against Defendant in the Superseding Indictment. Defendant has the right to remain silent and the right for counsel to represent Defendant at all stages of this case, and counsel has explained these rights to Defendant.

(b) Defendant has a right to be present in Court for a formal reading of the Superseding Indictment.

(c) Defendant has received a copy of the Superseding Indictment and penalty certification and counsel has reviewed the same with Defendant.

(d)    Defendant waives the right to have a formal reading of the Superseding Indictment and to be present in Court at an arraignment on the Superseding Indictment.

(e)    Defendant enters a plea of NOT GUILTY to all charges against Defendant contained in the Superseding Indictment.

WHEREFORE, pursuant to Federal Rule of Criminal Procedure 10(b), the undersigned Defendant hereby waives the right to appearance at an arraignment and waives the right to a formal reading of the Superseding Indictment.

Date: 18 MAR 2024

_____
Defendant

_____
Counsel for Defendant