# IN THE UNITED STATES FEDERAL CIRCUIT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Case Number: |
| ) | 4:24CR1 |
| Austin Burak, ) | |
| Defendant. ) | |

## FOURTH MOTION FOR LEAVE OF ABSENCE

Comes now the undersigned counsel for the Defendant, Skye Ellen Musson, counsel of record for the Defendant in the above-referenced case, and respectfully requests that the Court grant a leave of absence for the dates below:

a) January 21, 2025 through January 24, 2025, for international training opportunity.

b) March 30, 2025 through April 9, 2025, for international travel.

Further, given that counsel is a solo practitioner, counsel would request that no hearings be scheduled during the pendency of this time period.

WHEREFORE, counsel for the Defense respectfully requests that this Honorable Court GRANT its Motion for Leave of Absence for the above-stated dates.

This 21st day of November, 2024.

/s/ *Skye Ellen Musson*
Skye Ellen Musson
State Bar No.: 513712
5501 Abercorn Street, Suite D-246
Savannah, Ga 31405
skye@mussonloawoffices.com
Phone: 912-596-4661

IN THE UNITED STATES FEDERAL CIRCUIT COURT
                           SOUTHERN DISTRICT OF GEORGIA
                                SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | |
| v. | ) | **Case Number:** |
| | ) | **4:24CR1** |
| **Austin Burak,** | ) | |
| **Defendant.** | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 21st day of November, 2024..

/s/ *Skye Ellen Musson*
Skye Ellen Musson
State Bar No.: 513712
5501 Abercorn Street, Suite D-246
Savannah, Ga 31405
skye@mussonloawoffices.com
Phone: 912-596-4661
