UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO: 4:24-CR-1 |
| ) | |
| AUSTIN MICHAEL BURAK ) | |

**STIPULATION REGARDING**
**FEDERAL TERRITORIAL JURISDICTION**

Now comes the United States of America, by and through Tara M. Lyons, Acting United States Attorney for the Southern District of Georgia, and Assistant United States Attorneys Michael Z. Spitulnik and Sherri A. Stephan, and Defendant Austin Michael Burak, through his counsel, Skye Ellen Musson, Esq., hereby agree and stipulate as follows:

At all times pertinent to the charged offenses in this case, the residence located at 133 Pleasant Grove Drive, Fort Stewart, Georgia, was within the borders of Fort Stewart Military Reservation and within the special territorial jurisdiction of the United States.

_____
Michael Z. Spitulnik
Assistant United States Attorney

_____
Skye Ellen Musson, Esq.
Counsel for the Defendant

_____
Sherri A. Stephan
Assistant United States Attorney